IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:21-cr-00178-M

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CORY SEAN HEARD,

    Defendant.

ORDER

This matter comes before the court on the United States' motion for leave to file manual exhibits to its response to Defendant's motion to suppress [DE 63]. For good cause shown, the motion is GRANTED.

SO ORDERED this 24th day of May, 2023.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE